AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

APR 1 3 2017

| | |
|---|---|
| United States of America<br>v.<br>ANTON DURRELL HARRIS and<br>LAMONT KORTEZ GAINES<br><br>Defendant(s) | Case No. 1:17MJ 182 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2017__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 924(c) & 2 | The defendants did knowingly and unlawfully use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the April 12, 2017 interference with commerce by robbery of the 7-Eleven store located at 4970 Columbia Pike, in Arlington, Virginia, and possess a firearm in furtherance of such crime of violence. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Rebeca H. Bellows

_Complainant's signature_
Jacob D. Farber
Special Agent, Federal Bureau of Investigation
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __04/13/2017__

City and state: __Alexandria, Virginia__

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_Judge's signature_

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge
_Printed name and title_